AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA
v.
BROWN, MONEE I

**Judgment in a Criminal Case**
**(For a Petty Offense)** — Short Form

CM/ECF Case No. 4:26-PO-00220-AGH

Case No. GM1 E2722547

USM No.

Pro Se
Defendant's Attorney

**THE DEFENDANT:** BROWN, MONEE I

☐ **THE DEFENDANT** pleaded guilty to count(s)

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| OCGA § 40-6-71 | Failure to Yield While Turning | 04/09/2026 | 1 |

☑ Count(s) 1 ☑ is ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court .

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $0.00 | $ | $ | $ |

Last Four Digits of Defendant's Soc. Sec. No.: 5949

Defendant's Year of Birth: 2004

City and State of Defendant's Residence:
FORT BENNING, GA

08/26/2026
Date of Imposition of Judgment

Signature of Judge

Amelia G. Helmick, US Magistrate Judge
Name and Title of Judge

08/26/2026
Date